# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

GULF ISLAND SHIPYARDS, LLC

VERSUS

HORNBECK OFFSHORE SERVICES, LLC

NO.   2023 CW 0173

**MARCH 2, 2023**

---

In Re:   Zurich American Insurance Company and Fidelity and Deposit Company of Maryland, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201814866.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**STAY DENIED; WRIT GRANTED.** The portion of the district court's February 23, 2023 judgment which granted item 1 in the omnibus motion in limine filed by defendant, Hornbeck Offshore Services, Inc., is reversed and that portion of the omnibus motion in limine is denied. See action issued by this court in 2023 CW 0107.

**MRT**
**WRC**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT